UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
ANTONIO BROADNAX,

                        **Petitioner,**

                                                                  9:09-CV-0464
                -v.-                                                   (GLS) (GHL)

HAROLD D. GRAHAM, Supt.,

                        **Respondent.**
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
APPEARANCES:

FOR THE PETITIONER:

ANTONIO BROADNAX
Petitioner, *pro se*

FOR THE RESPONDENT:

| | |
|---|---|
| **HON. ANDREW M. CUOMO** | **PAUL B. LYONS, Esq.** |
| New York State Attorney General | Assistant Attorney General |
| 120 Broadway | |
| New York, NY 10271 | |

**GARY L. SHARPE
UNITED STATES DISTRICT JUDGE**


### DECISION and ORDER

     Presently before this Court is a request filed by petitioner *pro se* Antonio Broadnax to voluntarily dismiss this action without prejudice to his filing a new petition pursuant to 28 U.S.C. § 2254 after he has fully exhausted in the state courts all claims he may assert in support of any future request for federal habeas intervention. *See* Dkt. No. 13.[1]

     The Court grants such request.

---

[1] Petitioner has suggested that he intends to file a *coram nobis* application with the New York State Supreme Court, Appellate Division, Fourth Department. *See* Dkt. No. 13.

 Broadnax is advised to ***promptly*** file any collateral challenge(s) to his conviction in the state courts, and, after fully exhausting any such proceeding(s), he should then ***promptly*** file a new § 2254 petition in this District challenging his state court conviction if, at that time, he seeks federal habeas intervention.

 **WHEREFORE**, it is hereby

 **ORDERED**, that petitioner's request to dismiss this action without prejudice for the reasons stated above (Dkt. No. 13) is **GRANTED,** and it is further

 **ORDERED,** that the Clerk of the Court serve a copy of this Order on the parties.

**IT IS SO ORDERED.**

Dated: July 17, 2009

*[Signature]*
United States District Court Judge